IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:11-CR-24 |
| vs. | : | Judge Walter H. Rice |
| CHARLES FRAZIER, | : | |
| Defendant. | : | |

**ENTRY AND ORDER TO**
**TEMPORARILY MODIFY CONDITIONS OF RELEASE**

The Defendant, presently released on 24 hour electronic monitoring, has requested permission to accompany his grandmother to her doctor's appointment on Thursday, June 14, 2012.

It is the Order of this Court that the Defendant and Pretrial Services work out a schedule to permit him to accompany his grandmother to her doctor's appointment with Dr. Eric J. Prenger at 10:30 a.m., Thursday, June 14, 2012.

Walter Herbert Rice
United States District Judge

Dated: 6-13-12

anderson\rowles-d\legal\appearance notice