IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:11-CR-24 |
| vs. | : | Judge Walter H. Rice |
| CHARLES FRAZIER, | : | |
| Defendant. | : | |

**ENTRY AND ORDER
MODIFYING CONDITIONS OF RELEASE**

The Defendant, presently released on 24 hour electronic monitoring, has requested that he be released from 24 hour electronic monitoring in order to make arrangements for his grandmother's living situation and to move his personal belongings into storage before reporting to begin his sentence on August 17, 2012 at FCI Elkton.

It is the Order of this Court that the Defendant be released from 24 hour electronic monitoring pending his reporting to FCI Elkton on August 17, 2012.

Walter Herbert Rice
United States District Judge

Dated: 8-9-12