IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHARLES LEE FRAZIER,

    Defendant.

Case No. 3:11cr24

JUDGE WALTER HERBERT RICE

---

ENTRY APPOINTING MASSIMO DE MARCHIS, PSY.D., TO CONDUCT MENTAL STATUS EVALUATION, PURSUANT TO 18 U.S.C. §3552(c), FOCUSING ON LIMITED ISSUED

---

The Defendant was sentenced by this Court to a term of 84 months on July 11, 2012. Based upon the Court's concern as to whether the Defendant might then be suicidal, this Court referred the Defendant to Dr. Massimo De Marchis, Psy. D., for a mental status evaluation, pursuant to 18 U.S.C. § 3552(c), with specific emphasis on whether the Defendant was, in fact, suicidal at that time. Dr. De Marchis rendered his report on the above, under date of July 16, 2012.

*Nunc Pro Tunc*
July 11, 2012

    WALTER HERBERT RICE
    UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record